128 A.3d 1183

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF HEALTH, Appellee**

v.

**D. Bruce HANES, in his Capacity as the Clerk of the Orphans' Court of Montgomery County, Appellant.**

Supreme Court of Pennsylvania.

Dec. 16, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of December, 2015, the parties' Joint Application to Discontinue Appeal Pursuant to Pa.R.A. 1973(a) is **GRANTED.** The Motion to Present Oral Argument filed by James D. Schneller, *pro se,* is **DISMISSED** as moot.